FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 AUG 11 PM 4:55
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COUT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY ELLIS DAVIS and
JACQUELINE DAVIS

CIVIL ACTION NUMBER
03-2262

SECTION
SECT. T MAG. 4

PETROLEUM HELICOPTERS, INC.,
CHICAGO RAWHIDE MANUFACTURING
COMPANY and AB SKF USA, INC.

MAGISTRATE DIVISION

COMPLAINT

The Complaint of Timothy Ellis Davis and Jacqueline Davis, both of the full age of majority and domiciled in and residents of the Parish of St. Tammany, Louisiana, respectfully represents the following:

1.

This case arises under the Admiralty and Maritime Jurisdiction of the Courts of the United States of America pursuant to Article III of the Constitution of the United States and 28 U.S.C. 1333. The helicopter crash in the Gulf of Mexico off the coast of Louisiana which forms the basis of the damages sued for herein occurred pursuant to a ferrying operation traditionally conducted by vessels in navigation within the meaning of *Executive Jet Aviation, Inc. v. City of Cleveland*, 409 U.S. 249, 93 S.Ct. 493 (1972).

2.

The following are made defendants herein:

A. Petroleum Helicopters, Inc., a Louisiana corporation with a principal place of business in Lafayette parish, Louisiana and which has appointed as agent for service of process in suits against it Michael McCann, 2001 South East Evangeline Thruway, Lafayette, Louisiana 70508;

___ Fee 150
___ Process pltf (3 sms)
X Dktd pltf
___ CtRmDep___
___ Doc. No. 1

B. Sun Win, of full age of majority and domiciled in and a resident of the State of Louisiana;

C. Chicago Rawhide Manufacturing Company, a foreign corporation not licensed to do but doing business in the State of Louisiana; and

D. AB SKF USA, Inc. a foreign corporation not licensed to do but doing business in the State of Louisiana.

3.

On or about August 12, 2002 at 10 o'clock a.m. Plaintiff Timothy Ellis Davis was a third-party guest passenger for hire aboard a certain MB-105 turbine engine helicopter flown by Defendant Sun Win as pilot, and owned, operated and maintained by Defendant Petroleum Helicopters, Inc. when the helicopter was forced to hard/crash land on the open waters of the Gulf of Mexico sixty-five mile south of Boothville, Louisiana due to an alleged seal failure in one of the aircraft's engines, the failing component parts of which were manufactured and/or distributed by Defendants Chicago Rawhide Manufacturing Company and/or AB SKF USA, Inc.

4.

Contrary to sound and safe aviation practices, Defendant Sun Win was able to increase the RPMs of the failing engine enough after the first crash landing to raise the helicopter slightly from the surface of the water, whereupon the problematic engine failed a second time and precipitated a second hard/crash landing onto the water.

5.

The cause in fact and legal cause of the two hard/crash landings of the helicopter was the negligence of all defendants in the improper maintenance and operation of

the aircraft and in the defective nature of the engine seals manufactured and/or distributed by Defendants Chicago Rawhide Manufacturing Company and/or AB SKF USA, Inc.

6.

As a direct result of the two hard/crash landings set forth above, Plaintiff Timothy Ellis Davis sustained sever and disabling spinal injuries with concomitant physical pain and suffering, mental anguish and distress, the expenditure of sums for medical treatment, lost income and impairment of earning capacity, and his lawful wife, Plaintiff Jacqueline Davis, sustained and will sustain loss of consortium due to her husband's injuries.

7.

Plaintiffs are entitled to recover from Defendants, jointly and severally, such compensatory special and general damages as are reasonable in the premises and proved at trial.

*WHEREFORE*, Plaintiffs pray for summons and service of process upon the Defendants, and after due proceedings are had that there be judgment in favor of Plaintiffs, TIMOTHY ELLIS DAVIS and JACQUELINE DAVIS, and against Defendants PETROLEUM HELICOPTERS, INC., SUN WINN, CHICAGO RAWHIDE MANUFACTURING COMPANY and AB SKF USA, INC., for such compensatory special and general damages as are reasonable in the premises and proved at trial, for prejudgment and post-judgment interest, and for all costs of these proceedings.

Respectfully submitted:

Troy G. Ingram, Bar No. 18621
2065 First Street, Suite 102
Slidell, Louisiana 70458
(985) 646-0765
*Counsel for Plaintiffs*