U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2005 DEC 14 PM 4:24
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUN WINN, LIEU HUYNH WINN and PETROLEUM HELICOPTERS, INC. — CIVIL ACTION NO. 03-2230

VERSUS — SECTION L

CHICAGO RAWHIDE MANUFACTURING COMPANY and AB SKF USA, INC. — MAGISTRATE 3

CONSOLIDATED WITH

TIMOTHY ELLIS DAVIS and JACQUELINE DAVIS — CIVIL ACTION NO. 03-2262

VERSUS — SECTION L MAGISTRATE 3

PETROLEUM HELICOPTERS, INC., ET AL

---

# JUDGMENT

WHEREAS, prior to the commencement of trial, the court having severed the claims of Commerce and Industry Insurance Company and Petroleum Helicopters, Inc. for reimbursement of past and future longshoreman and harbor worker's compensation benefits paid to or on behalf of Sun Winn;

WHEREAS, the matter having been tried to a jury from August 22, 2005 through August 25, 2005;

WHEREAS, the jury having found that SKF USA Inc. did not manufacture an unreasonably dangerous product;

WHEREAS, there being no issues of triable fact with respect to said claim; NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that Commerce and Industry Insurance Company and Petroleum Helicopters, Inc. take nothing from SKF USA Inc. and that judgment be

Fee
Process
Dktd
CtRmDep
Doc. No.

entered in favor of SKF USA Inc. on the claims for reimbursement of past and future longshoreman and harbor worker's compensation benefits paid to or on behalf of Sun Winn.

SO ORDERED at New Orleans, Louisiana, this 14th day of December, 2005.

UNITED STATES DISTRICT JUDGE